IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

IN RE: ANTHONY BROUSSARD  CASE NO: 16-50261
GLENDA FAYE BROUSSARD

## APPLICATION TO EMPLOY ATTORNEY

**NOW INTO COURT,** comes Keith A. Rodriguez, Standing Chapter 13 Trustee, who respectfully represents:

1.

This debtor has a claim for damages as more fully described on the attached Affidavit.

2.

The proceeds from this damage claim are either part of the liquidation test or disposable income. In either case, the estate has an interest in this matter.

3.

The trustee wishes to retain counsel named there in for purposes of representing the estates' interest in the damage claim. Said employment is sought under Section 330 of the Bankruptcy Code but the Trustee will seek fee approval per the terms of the contingent fee contract.

4.

Counsel is well and truly familiar with the matter and is quite capable of handling this litigation. Trustee seeks authority to retain said counsel.

**WHEREFORE,** trustee prays that an Order enter herein authorizing retention of counsel for purposes of representing the estates' interest in the damage claim.

Lafayette Louisiana this 1ST day of September, 2016.

/s/ Keith A. Rodriguez
**KEITH A. RODRIGUEZ**
**STANDING CHAPTER 13 TRUSTEE**

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing has been served on the debtor:

Mr. & Mrs. Anthony Broussard
215 Republic Ave. Apt. 7108
Lafayette, LA 70508

Mr. Tom St. Germain
Attorney at Law
1414 NE Evangeline Thruway
Lafayette, LA 70501

and

Mr. Victor R. Farrugia
Attorney at Law
1100 Poydras St.
New Orleans, LA 70163

Office of U.S. Trustee
300 Fannin Ste 3196
Sheveport, LA 71101

by placing same in the United States Mail, postage prepaid or electronically this 1st day of September, 2016.

/s/ Keith A. Rodriguez
**KEITH A. RODRIGUEZ**



**Farrugia Law Firm, LLC**
2010 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
(504) 525-0250
Fax: (504) 293-0651
vrfarrugia@igc.org

December 14, 2015

Mr. Anthony A. Broussard
215 Republic Ave #7108
Lafayette, LA 70508

RE: Representation Agreement in the matter of Broussard v. NALCO Company-41/Champion, An ECOLAB Company

Dear Mr. Broussard:

    This representation agreement contains the terms upon which the Farrugia Law Firm, LLC (attorney) will represent the undersigned client. This representation includes representing Client in the United States District Court re: EEOC charge No. 461-2015-00380. This is not an agreement to appeal this case to a higher level jurisdiction.

    Client will pay to the attorney the sum of $5,000.00 for its agreement to represent client in this case. The client has today paid $1,500.00. The client will pay another $1,000.00 on or before December 31, 2015. Client will pay the balance of $2,500.00 on or before June 1, 2015. In addition to the above payments, client also agrees to pay attorney the larger amount of the court awarded attorneys fee or forty percent (40%) of the proceeds of any settlement or court award in this case.

    Client also agrees to pay all costs in the case as the costs arise. These costs include, but are not limited to filing fees, deposition costs, service of process costs, copy costs, travel costs and witness fees. Attorney makes no guarantee as to any outcome in this matter. Please sign this agreement to indicate your understanding of the agreement and your approval of its terms.

_/s/ Victor R. Farrugia_
Farrugia Law Firm, LLC

Agreed to:
_/s/ Anthony A Broussard_  12/14/15
Anthony A. Broussard        Date

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

IN RE: ANTHONY BROUSSARD  CASE NO: 16-50261
GLENDA FAYE BROUSSARD

STATE OF LOUISIANA

PARISH OF ORLEANS

### DECLARATION OF DISINTERESTEDNESS

Pursuant to 28 U.S.C. 1746, Victor Farrugia makes the following declaration:

That he does not represent any interest in the debtor's or any interest adverse to the debtor or to the debtor's estate with respect to any such matter on which he is to be employed other than the fact that counsel has an interest in the outcome of this litigation by virtue of a contingency fee;

That he does not represent the interest of any creditors in this case or any other Party in interest, their respective attorneys and accountants, the United States Trustees or any person employed in the office of the United States Trustee;

That he is a disinterested person and that he will represent and assist the Trustee in carrying out the Trustee's duties.

That he acknowledges said employment is sought under Section 330 of the Bankruptcy Code but the Trustee will seek fee approval per the terms of the contingent fee contract.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 1st day of September 2016.

*/s/ Victor R. Farrugia*
VICTOR R. FARRUGIA