

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

MINUTE ENTRY

16-50261 Anthony Broussard and Glenda Faye Broussard
Chapter: 13

Application to Employ Victor R Farrugia as Personal Injury
   Attorney on behalf of Keith A. Rodriguez

APPEARANCES:

Thomas E. St. Germain representing Debtors
Hamilton Chauvin for trustee
Bill Payne for Nalco

DEBTORS: Mrs. Broussard was present

RULING: Application is approved.

ORDER TO BE PREPARED BY: Trustee

Date: October 12, 2016